Decided April 21, 2005

## STATE OF CONNECTICUT *v.* DOUGLAS CORR

The defendant's petition for certification for appeal from the Appellate Court, 87 Conn. App. 717 (AC 24551), is denied.

*Richard E. Condon, Jr.*, assistant public defender, in support of the petition.

*Julia K. Conlin*, deputy assistant state's attorney, in opposition.

Decided April 21, 2005